**FIRST AMENDED CIVIL RIGHTS** COMPLAINT (42 U.S.C. § 1983) PARTIES Plaintiff: Donald Hills, resident of Harris County, Texas. Defendants: • Harris County, Texas • Deputy Albert Munoz (arresting officer) • Deputy Myron Riser (booking officer) • Deputy Francis McIntyre (transporting officer) (All sued in their individual capacities; County sued under Monell.) ———— JURISDICTION & VENUE This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343. Venue is proper under 28 U.S.C. § 1391.

United States Courts
Southern District of Texas
F I L E D

JAN 1 5 2026

Nathan Ochsner, Clerk of Court

01/14/2026

FACTUAL ALLEGATIONS 1. Plaintiff suffers from epilepsy, a serious neurological disorder. 2. On or about _03/14/2016_ , Plaintiff experienced repeated seizures causing loss of balance and consciousness. Arrest – Albert Munoz 3. Defendant Munoz arrested Plaintiff during an active medical emergency. 4. Munoz failed to secure emergency medical care. Booking / Failure to Protect – Myron Riser 5. Defendant Riser was the booking officer. 6. Riser knowingly incited or encouraged inmates to assault Plaintiff. 7. Plaintiff was beaten and sexually assaulted by inmates as a direct result. Excessive Force – Francis McIntyre 8. While Plaintiff was still seizing and unstable, McIntyre transported him. 9. Plaintiff leaned forward seeking help due to loss of balance. 10. McIntyre choked Plaintiff against a wall, applying force to Plaintiff's neck. 11. Plaintiff was a pretrial detainee at all times.

CLAIMS FOR RELIEF Count I – Unlawful Arrest & Medical Indifference (Fourth & Fourteenth Amendments – Munoz) Count II – Failure to Protect (Fourteenth Amendment – Riser) Count III – Excessive Force (Fourteenth Amendment – McIntyre) Count IV – Deliberate Indifference to Serious Medical Needs (Fourteenth Amendment – All Deputies) Count V – Municipal Liability (Monell) (Harris County – failure to train/supervise) ——— DAMAGES Plaintiff seeks: • Compensatory damages • Punitive damages (individual defendants) • Costs and fees under 42 U.S.C. § 1988 • All equitable relief

Donald J. Hills
7302 Alabonson Rd Apt 1508
Houston, TX 77088

8329490092

Donald J. Hill                                           Jan 14, 2026

JURY DEMAND Plaintiff demands trial by jury. ——— Respectfully submitted, Donald Hills
Plaintiff, Pro Se ☎ 832-949-0092 ✉ famoiced@gmail.com Date: 01/14/2026

⬛ SERVICE ADDRESS INFORMATION SHEET (Provided to Clerk / Marshal) Harris County Attorney's Office 1019 Congress St., 15th Floor Houston, TX 77002 Harris County Sheriff's Office 1200 Baker Street Houston, TX 77002 (For Munoz, Riser, McIntyre)

_Donald J. Hill_                                    Jan 14, 2026